1  MELINDA HAAG (CABN 132612)
   United States Attorney

2

   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  JAMES C. MANN (CABN 221603)
   Assistant United States Attorney

5
    1301 Clay Street, Suite 340S
6  Oakland, CA 94612
    Telephone: (510) 637-3680
7  Fax: (510) 637-3724
    E-Mail:  James.C.Mann@usdoj.gov

8

9  Attorneys for the United States of America

10                   UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                        OAKLAND DIVISION

13  UNITED STATES OF AMERICA,        )    No. CR-12-00495 SBA
                                     )
14       Plaintiff,                  )    STIPULATED REQUEST TO MOVE
                                     )    CHANGE OF PLEA HEARING
15     v.                            )
                                     )
16  MANUEL COLON, JR.,               )
                                     )    Date:      December 11, 2012
17       Defendant.                  )    Time:      9:30 a.m.
                                     )    Court:     Hon. Kandis Westmore
18                                   )
    _____ )
19

20       The above-captioned matter is set on December 11, 2012 at 9:30 a.m. before this Court

21  for a change of plea hearing.  The parties request that this matter be moved to be heard before

22  United States District Court Judge Saundra B. Armstrong on December 11, 2012 at 10:00 a.m.

23  DATED: November 28, 2012

24

25

       _____/s/_____          _____/s/_____
26  JAMES C. MANN                              MICHAEL STEPANIAN
    Assistant United States Attorney           Counsel for Manuel Colon, Jr.
27  Counsel for United States

28

    STIP. REQ. TO MOVE CHANGE OF PLEA HEARING
    No. CR-12-00495 SBA

1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10                                 OAKLAND DIVISION

11   UNITED STATES OF AMERICA,          )      No. CR-12-00495 SBA
                                        )
12         Plaintiff,                   )      [PROPOSED] ORDER GRANTING
                                        )      STIPULATED REQUEST TO MOVE
13      v.                              )      CHANGE OF PLEA HEARING
                                        )
14   MANUEL COLON, JR.,                 )
                                        )
15         Defendant.                   )      Date:     December 11, 2012
                                        )      Time:     9:30 a.m.
16                                      )      Court:    Hon. Kandis Westmore
                                        )
17   _____)

18         The above-captioned matter is set on December 11, 2012 at 9:30 a.m. before this Court

19   for a change of plea hearing.  The parties requested that this matter be moved to be heard before

20   United States District Court Judge Saundra B. Armstrong on December 11, 2012 at 10:00 a.m.

21         **IT IS HEREBY ORDERED** that the hearing in this matter is moved from December 11,

22   2012 at 9:30 a.m. to December 11, 2012 at 10:00 a.m. before United States District Court Judge

23   Saundra B. Armstrong.

24

25   DATED:_11/30/12_____

26                                             HON. KANDIS WESTMORE
                                               United States Magistrate Court Judge

27

28

STIP. REQ. TO MOVE CHANGE OF PLEA HEARING
No. CR-12-00495 SBA