MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JAMES C. MANN (CABN 221603)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: James.C.Mann@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-12-00495 SBA |
| ) | |
| ) | STIPULATED REQUEST TO CONTINUE |
| ) | SENTENCING HEARING TO JULY 16, |
| v. ) | 2013 AND ORDER |
| ) | |
| MANUEL COLON, JR., ) | Date: June 26, 2013 |
| ) | Time: 10:00 a.m. |
| Defendant. ) | Court: Hon. Saundra Brown Armstrong |
| _____ ) | |

    The above-captioned matter is set on June 26, 2013 before this Court for a sentencing hearing. Counsel for the United States is in trial and unavailable on that date. The United States requests that this Court continue the sentencing hearing to July 16, 2013 at 9:00 a.m. Defendant has no objection to this request. The United States Probation Officer assigned to this case is aware of this request and available on July 16, 2013.

DATED: May 21, 2013


_____/s/_____            _____/s/_____
JAMES C. MANN                             MICHAEL STEPANIAN
Assistant United States Attorney          Counsel for Defendant
Counsel for United States


STIP. REQ. TO CONTINUE SENTENCING HEARING TO JULY 16, 2013
No. CR-12-00495 SBA

**IT IS HEREBY ORDERED** that the sentencing hearing as to defendant Manuel Colon, Jr. is continued to July 16, 2013 at 10:00 a.m.

DATED:__5/23/13_____        _____
HON. SAUNDRA BROWN ARMSTRONG
United States District Court Judge