UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MANUEL COLON, JR.,<br><br>Defendant. | No. CR-12-00495 SBA<br><br>[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO CONTINUE SENTENCING HEARING DATE TO AUGUST 12, 2014<br><br>Date:      June 17, 2014<br>Time:     10:00 a.m.<br>Court:    Hon. Saundra Brown Armstrong |

IT IS HEREBY ORDERED that the sentencing hearing in this matter is continued from June 17, 2014 to August 12, 2014 at 10:00 a.m.

DATED: 6/9/2014

_____
HON. SAUNDRA BROWN ARMSTRONG
United States District Court Judge

STIPULATED REQUEST TO CONTINUE HEARING DATE TO AUGUST 12, 2014
CR-12-00495 SBA