1 | BRIAN J. STRETCH (CABN 163973)
United States Attorney

2

3 | BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

4 | MARC PRICE WOLF (CABN 254495)
Assistant United States Attorney

5
    450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102-3495
    Telephone: (415) 436-6488
7     FAX: (415) 436-7234
    marc.wolf@usdoj.gov

8
Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. 12-CR-0495-12 SBA |
|---|---|
|     Plaintiff, | ) STIPULATION AND [P~~ROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE |
|     v. | ) |
| MANUEL COLON, JR., | ) |
|     Defendant. | ) |

STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE
12-CR-0495-12 SBA

1  A status conference regarding a Form 12 filed against Defendant Manuel Colon Jr. is scheduled
2  for Monday, January 23, 2017, at 9:30 a.m. before the Duty Magistrate Judge in Oakland.  The parties
3  are still in productive discussions to resolve the Form 12 and they request to move the status conference
4  to Monday, February 13, 2017, before the Duty Magistrate Judge in Oakland.  The probation officer
5  assigned to this case is available on February 13, 2017.

6  IT IS SO STIPULATED.

7  DATED: January 20, 2017                  Respectfully submitted,

8                                            BRIAN J. STRETCH
                                             United States Attorney
9
                                             /s/
10                                           MARC PRICE WOLF
                                             Assistant United States Attorney
11

12
                                             /s/
13                                           MICHAEL STEPANIAN
                                             Attorney for Manuel Colon Jr.
14

15

16                              [PROPOSED] ORDER

17  The status conference regarding the Form 12 filed against Defendant Manuel Colon Jr. scheduled
18  for January 23, 2017 is vacated and rescheduled to February 13, 2017 at 9:30 a.m. before the Duty
19  Magistrate Judge in Oakland.

20

21  DATED: 1/19/17

22                                           _____
                                             KANDIS A. WESTMORE
23                                           United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE
12-CR-0495-12 SBA